UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIK HARPER,

       Plaintiff,

                                File No. 2:07-cv-201

v.

                                HON. ROBERT HOLMES BELL

JAMES VILGOS, *et al.*,

       Defendants.
                                     /

**MEMORANDUM OPINION AND ORDER
ADOPTING THE REPORT AND RECOMMENDATION**

On February 18, 2009, United States Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R"), recommending that the Court grant Defendants' motions for summary judgment (Dkt. Nos. 20, 33), grant Plaintiff's motion to amend (Dkt. No. 27), and deny Plaintiff's motion for summary judgment (Dkt. No. 44). Plaintiff has not filed objections. Failure to file specific objections to a report and recommendation constitutes a waiver of any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir.1981); *see Thomas v. Arn*, 474 U.S. 140, 142 (1985) (approving *Walters* rule).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 50) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend the complaint (Dkt. No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that the motions for summary judgment filed by Defendant White (Dkt. No. 33) and by Defendants Burnett and Vilgos (Dkt. No. 20) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. No. 44) is **DENIED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants Vilgos, White, and Burnett on all of Plaintiff's claims.

**This case is closed.**

Dated: March 31, 2009            /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 UNITED STATES DISTRICT JUDGE